UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DUSTIN SINYARD,<br><br>                          Plaintiff<br><br>    v.<br><br>KEVIN MCMAHILL, *et al.*,<br><br>                          Defendants | Case No. 2:25-cv-00055-APG-DJA<br><br>**ORDER** |

On January 14, 2025, this Court granted Plaintiff until March 14, 2025, to file a fully complete application to proceed *in forma* pauperis. (ECF No. 3). Plaintiff seeks an extension of time to comply because NDOC inmate accounting has not sent Plaintiff his requested documents. (ECF No. 4). The Court grants the request for an extension of time to file a fully complete application to proceed *in forma pauperis* until April 25, 2025.

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 4) is granted. Plaintiff has **until April 25, 2025,** to either pay the full $405 filing fee or to file a fully complete application to proceed *in forma pauperis* with required attachments.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

DATED:  March 6, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE