UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DUSTIN SINYARD, | Case No.: 2:25-cv-00055-APG-DJA |
| Plaintiff | **Order Issuing an Indicative Ruling on Motion for Relief from Final Judgment** |
| v. | [ECF No. 15] |
| KEVIN MCMAHILL, et al., | |
| Defendants | |

**I. DISCUSSION**

On September 8, 2025, I dismissed pro se plaintiff Dustin Sinyard's 42 U.S.C. § 1983 complaint its entirety, without prejudice, for failure to state a claim under *Heck v. Humphrey*, 512 U.S. 477 (1994). ECF No. 9 at 6.  The Clerk of the Court closed the case and entered judgment. ECF No. 11.  On September 23, 2025, Sinyard filed a timely notice of appeal. ECF No. 12.  On October 14, 2025, Sinyard filed a motion for relief from final judgment under Federal Rule of Civil Procedure (FRCP) 60. ECF No. 15.

After reviewing Sinyard's motion which clarified some of the allegations in his complaint, I am inclined to grant his motion, reopen this case, and give him leave to amend to file a first amended complaint.[1]  However, "the filing of a notice of appeal generally divests the district court of jurisdiction over the matters appealed." *Pro Sales, Inc. v. Texaco, U.S.A., Div. of Texaco, Inc.*, 792 F.2d 1394, 1396 (9th Cir. 1986).  Accordingly, I lack jurisdiction to grant

---

[1] After reviewing Sinyard's motion and complaint, it appears that Sinyard may be trying to raise Fourth Amendment claims for both unlawful arrest and excessive force.  Because Sinyard's initial complaint was not clear on this matter, I would grant him leave to amend to provide more factual details.

Sinyard's motion because of his pending appeal. But FRCP 62.1 provides that, "[i]f a timely motion is made for relief that the court lacks authority to grant because of an appeal that has been docketed and is pending, the court may: (1) defer considering the motion; (2) deny the motion; or (3) state either that it would grant the motion if the court of appeals remands for that purpose or that the motion raises a substantial issue." Fed. R. Civ. P. 62.1(a).

Therefore, under FRCP 62.1(a), I give an indicative ruling that I would grant Sinyard's motion for relief from final judgment (ECF No. 15), reopen this case, and grant Sinyard leave to amend if the Ninth Circuit remands this case for that purpose.

## II.   CONCLUSION

I THEREFORE ORDER that the Clerk of the Court transmit a copy of this order to the Ninth Circuit's Clerk of the Court in connection with Sinyard's pending appeal (case no. 25-6062 (ECF No. 14)).

I await further instruction from the Ninth Circuit on how to proceed.

Dated: November 7, 2025

_____
Andrew P. Gordon
Chief United States District Judge